UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIEL J. STURM,

    Plaintiff,

    v.

eBAY, INC.,

    Defendant.
_____/

No. C 06-4823 PJH

**ORDER OF DISMISSAL**

Plaintiff having failed to respond as directed by the court's order to show cause, filed May 25, 2007, the court finds that this action must be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve the defendant, and pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 25, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge