1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIEL J. STURM,

       Plaintiff,

  v.

eBAY, INC.,

       Defendant.
_____/

No. C 06-4823 PJH

**JUDGMENT**

The court having dismissed this action pursuant to Federal Rule of Civil Procedure 4(m) and Federal Rule of Civil Procedure 41(b),

It is Ordered and Adjudged

that plaintiff take nothing, and that the action be dismissed.

**IT IS SO ORDERED.**

Dated: June 25, 2007

                                                                  
_____
PHYLLIS J. HAMILTON
United States District Judge